IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NOAH D. REED,

                **Plaintiff,**

    v.                                           CASE NO. 23-3140-JWL

GLORIA GEITHER, ET AL.,

                **Defendants.**

## MEMORANDUM AND ORDER

This matter is a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) Plaintiff was granted leave to proceed in forma pauperis and his initial partial filing fee is currently due on or before July 31, 2023. (Doc 7.) On June 22, 2023, the Court issued a memorandum and order granting Plaintiff to and including July 25, 2023 in which to file an amended complaint. (Doc. 5.) On July 7, 2023, the Court received an amended complaint from Plaintiff (Doc. 8), but pages 18, 19, and 20 of the attached memorandum were missing. If Plaintiff wishes to supply the missing pages, he may file them as a supplement to the amended complaint, but he must do so on or before July 25, 2023.

**IT IS THEREFORE ORDERED** that Plaintiff is granted to and including July 25, 2023 in which to file a supplement to the amended complaint consisting of the pages missing from the memorandum attached to the amended complaint.

**IT IS SO ORDERED.**

DATED:   This 17th day of July, 2023, at Kansas City, Kansas.

                                                           S/ John W. Lungstrum
                                                           JOHN W. LUNGSTRUM
                                                           United States District Judge