IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

NOAH D. REED,

           **Plaintiff,**

    v.                                                                            CASE NO. 23-3140-JWL

GLORIA GEITHER, ET AL.,

           **Defendants.**

## MEMORANDUM AND ORDER

On June 13, 2023, the Court granted Plaintiff's motion to proceed in forma pauperis and ordered him to submit the initial partial filing fee of $7.00, which is currently due on or before July 31, 2023. (Docs. 4, 7.) The matter comes now before the Court on Plaintiff's motion to waive the initial partial filing fee. (Doc. 10.) The motion will be granted. Plaintiff need not pay an initial partial filing fee to proceed in this matter, but he remains obligated to pay the full filing $350.00 filing fee. The Court's prior order that the agency having custody of Plaintiff shall forward payments from Plaintiff's account in installments remains in effect.

**IT IS THEREFORE ORDERED** that Plaintiff 's motion to waive the initial partial filing (Doc. 10) is **granted**. Plaintiff remains obligated to pay the full filing fee, but this matter may proceed without payment of the initial partial filing fee.

**IT IS SO ORDERED.**

DATED:  This 18th day of July, 2023, at Kansas City, Kansas.

                                      S/ John W. Lungstrum
                                      JOHN W. LUNGSTRUM
                                      United States District Judge